**Sean W. Carney, OSB No. 054550**
Email: scarney@chartwelllaw.com
The Chartwell Law Offices, LLP
7700 NE Parkway Drive, Suite 215
Vancouver, WA 98662
Telephone: (503) 886-8108
Facsimile: (503) 961-7864

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| AMBER SHANNON, an individual,<br><br>Plaintiff,<br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation; and CRATER LAKE HOSPITALITY, LLC, a Delaware limited liability company,<br><br>Defendants. | NO. 1:25-cv-01749<br><br>DEFENDANTS ARAMARK SERVICES, INC., AND CRATER LAKE HOSPITALITY, LLC'S NOTICE OF REMOVAL |

**TO: THE JUDGES AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, MEDFORD DIVISION:**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants ARAMARK SERVICES, INC., AND CRATER LAKE HOSPITALITY, LLC (collectively "ARAMARK") hereby remove this action from the Circuit Court of the State of Oregon in and for Klamath County, where it is pending as Case No. 25CV50879, to the United States District Court for the District of Oregon at Medford. In support of removal, ARAMARK states upon information and belief as follows:

/ / /

/ / /

**STATEMENT OF GROUNDS FOR REMOVAL**

1. The state court action entitled *AMBER SHANNON vs. ARAMARK SERVICES, INC., a Delaware corporation and CRATER LAKE HOSPITALITY, LLC., a Delaware Limited Liability Company,* Case No. 25CV50879 (the "State Court Action") commenced when Plaintiff's Complaint was filed in Klamath County on September 16, 2025. Plaintiff seeks $2,221,554.00 in damages for alleged personal injuries sustained in a slip and fall incident outside a place of business over which Plaintiff alleges Defendants had control. Declaration of Sean W. Carney ("Carney Declaration") ¶ 1 filed contemporaneously herewith and incorporated herein by reference.

2. Service of the Summons and Complaint on Aramark Services, Inc., was completed on September 19, 2025, which was Aramark Services, Inc.'s first notice of the State Court Action. Carney Decl. ¶ 2.

3. Service of the Summons and Complaint on Crater Lake Hospitality, LLC was completed on September 19, 2025, which was Crater Lake's first notice of the State Court Action. Carney Decl. ¶ 3.

4. Aramark Services, Inc., has not answered or otherwise responded to the Complaint filed in the State Court Action. Carney Decl. ¶ 4.

5. Crater Lake Hospitality, LLC has not answered or otherwise responded to the Complaint filed in the State Court Action. Carney Decl. ¶ 5.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings contained in the Klamath County Circuit Court file are attached as **Exhibit A** to the Carney Declaration. Carney Decl. ¶ 6. ARAMARK represents that, apart from the materials identified and attached thereto, neither has received any other process, pleadings, motions or orders in this action. A copy of the state court

docket is also included with this Notice of Removal as **Exhibit B** to the Carney Declaration. Carney Decl. ¶ 7.

7. This Notice of Removal is timely because it has been filed within thirty (30) days of service of the Summons and Complaint on ARAMARK SERVICES, INC., pursuant to 28 U.S.C. § 1446(b).

8. This Notice of Removal is timely because it has been filed within thirty (30) days of service of the Summons and Complaint on CRATER LAKE HOSPITALITY, LLC, pursuant to 28 U.S.C. § 1446(b).

9. This Notice of Removal is brought pursuant to 28 U.S.C. §§1441(a) and (b), and 1446. This Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and (c) on the basis that there is complete diversity of citizenship between Plaintiff and each of the Defendants, and the amount in controversy is in excess of $75,000, exclusive of interest and costs. Carney Decl. ¶¶ 1,8, and 9 and **Exhibit A**.

10. ARAMARK SERVICES, INC., is incorporated in the State of Delaware and has its principal place of business in the Commonwealth of Pennsylvania. Carney Decl. ¶ 8.

11. CRATER LAKE HOSPITALITY, LLC is incorporated in the State of Delaware and has its principal place of business in the Commonwealth of Pennsylvania. Carney Decl. ¶ 9.

12. Based on the allegations in the Complaint, Plaintiff is a resident of Oregon. There is complete diversity of citizenship between Plaintiff and each Defendant that has been joined and served pursuant to 28 U.S.C. §1332 (a) and (c).

13. Plaintiff's Complaint seeks a judgment of $2,221,554.00 against Defendants. Carney Decl. ¶ 1 and **Exhibit A**. Therefore, the amount in controversy exceeds $75,000.

14. Pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a) and (b), § 1446(a) and (b), this case is properly removable.

15. Additionally, removal to the United States District Court for the District of Oregon, Medford Division is proper because the state court where the State Court Action originally was filed is located within the District of Oregon and within the Medford Division. *See* 28 U.S.C. § 1441(a) and LR 3-2(a)(3).

16. ARAMARK reserves the right to amend or supplement this Notice of Removal.

17. Should Plaintiff file a motion to remand this case, ARAMARK respectfully requests the opportunity to respond more fully in writing, including the submission of affidavits or other evidence and authorities.

18. By filing this Notice of Removal, ARAMARK does not waive, and expressly reserve, all defenses, including those defenses available under Rule 12 of the Federal Rules of Civil Procedure.

## NOTICE TO STATE COURT AND ADVERSE PARTIES

19. Notice of the filing of this Notice of Removal and a true copy of this Notice of Removal will be filed with the Clerk of the Klamath County Circuit Court for the State of Oregon as required by 28 U.S.C. § 1446(d).

20. Copies of all records and proceedings in the State Court Action, together with the Carney Declaration verifying that they are true and complete copies of all the records and proceedings in the State Court Action, are filed concurrently with this Notice of Removal.

21. In compliance with 28 U.S.C. § 1446(d), ARAMARK will serve this notice as well as the associated notices filed with the Clerk of the Klamath County Circuit Court for the State of Oregon on Plaintiff through the CM/ECF system and by email to her attorneys of record.

22. WHEREFORE, ARAMARK respectfully requests that this case, which is currently pending in the Circuit Court of Klamath County, be placed on the docket of the United States District Court for the District of Oregon at Medford.

DATED this 26th day of September, 2025.

THE CHARTWELL LAW OFFICES, LLP

By /s/ Sean W. Carney

**Sean W. Carney, OSB No. 054550**
Email: scarney@chartwelllaw.com
7700 NE Parkway Drive, Suite 215
Vancouver, WA 98662
Telephone: (503) 886-8108
Facsimile: (503) 961-7864

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Monique Taylor, declare as follows:

1) I am a citizen of the United States and a resident of the State of Oregon. I am over the age of 18 years and not a party to the within entitled cause. I am employed by The Chartwell Law Offices, whose address is 7700 NE Parkway Drive, Ste. 215, Vancouver, WA 98662.

2) On September 26, 2025, I caused to be served upon counsel of record at the addresses and in the manner described below, the following document(s): **DEFENDANTS ARAMARK SERVICES, INC., AND CRATER LAKE HOSPITALITY, LLC'S NOTICE OF REMOVAL.**

| *Counsel for Plaintiff*<br>Emmanuel B Miller<br>A Kathryn Wymore<br>Precision Litigation Northwest<br>745 NW Mt Washington Dr Ste 300<br>Bend OR 97703<br>Phone 541 948-8830<br>Fax 458 206-7332<br>Email emmanuel@precisionlit.com; kathryn@precisionlit.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Filing Court Service |
|---|---|

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

DATED this 26th day of September, 2025.

/s/ Monique Taylor, Paralegal